O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L. GRIMES,<br><br>                Plaintiff,<br>     vs.<br>OFFICER O'NEAL, et al.,<br><br>                Defendants. | Case No. CV 12-3897-GHK (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that defendants' Motion to Dismiss plaintiff's Complaint for failure to comply with Federal Rule of Civil Procedure 8 and failure to state a claim upon which relief can be granted is granted with leave to amend. If plaintiff still desires to pursue this action, he is ordered to file a First Amended Complaint within thirty (30) days of the date of this Order.

Dated:    4/22/13

                                      GEORGE H. KING<br>                                      CHIEF UNITED STATES DISTRICT JUDGE