1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

11 | JEROME L. GRIMES,                    ) Case No. CV 12-3897-GHK (DTB)
12 |                        Plaintiff,    )
13 |           vs.                       ) ORDER ACCEPTING FINDINGS,
   |                                     ) CONCLUSIONS AND
14 | STEPHEN O'NEAL, et al.,             ) RECOMMENDATIONS OF UNITED
   |                                     ) STATES MAGISTRATE JUDGE
15 |                        Defendants.  )
16 | ——————————————————————————————       )

17    Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended
18  Complaint, all the records and files herein, and the Report and Recommendation of
19  the United States Magistrate Judge. No objections to the Report and Recommendation
20  have been filed herein. The Court concurs with and accepts the findings, conclusions
21  and recommendations of the Magistrate Judge.

22    IT THEREFORE IS ORDERED that defendants' Motion for Summary
23  Judgment is granted and that this action is dismissed without prejudice, but without
24  further leave to amend.

25
26  Dated:    8/25/14

        GEORGE H. KING
27      CHIEF UNITED STATES DISTRICT JUDGE
28

1