JS-6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L. GRIMES, | ) Case No. CV 12-3897-GHK (DTB) |
| Plaintiff, | ) |
| | ) **J U D G M E N T** |
| vs. | ) |
| STEPHEN O'NEAL, et al., | ) |
| Defendants. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice, but without further leave to amend.

Dated:    8/25/14    

_____
GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE

1